■ In the Matter of the Claim of WONDERFUL RAWLS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of CHARLES B. RIPIN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of LEOPOLD R. HAAS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of WILLIAM MORRIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of NANCY L. O'DONNELL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of CHARLES DIAMOND, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of IRVING HIRSCH, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for an order appointing an attorney and counselor at law to represent the claimant on this appeal pursuant to the provisions of subdivision 1 of section 538 of the Labor Law. Motion granted and Robert L. Harder, Esq., Albany, New York, is hereby appointed. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOHN OMOLINO, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for an order appointing an attorney and counselor at law to represent the claimant on this appeal pursuant to the provisions of subdivision 1 of section 538 of the Labor